IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LAMONT D. WALKER,

           Plaintiff,

v.

RYAN ARMSON, JAMES KOTTKA,
LIEUTENANT KELLER, DYLON RADTKE,
DALIA SULIENE and JANEL NICKEL,

           Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-313-slc

---

This action came before the court and a jury with Magistrate Judge Stephen L. Crocker presiding. The issues have been tried and the jury has rendered its verdict.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Ryan Armson, James Kottka, Lieutenant Keller, Dylon Radtke, Dalia Suliene and Janel Nickel dismissing plaintiff's case and all claims contained therein.

Approved as to form this 23rd day of August, 2011.

_____
Stephen L. Crocker,
Magistrate Judge

_____    8/24/11
Peter Oppeneer, Clerk of Court      Date